IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01773-BNB

JASON SCOTT ERICKSON,

    Applicant,

v.

EL PASO COUNTY SHERIFF'S DEPT., and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's motions (Doc. Nos. 4 and 5) filed on July 27, 2010, are DENIED as unnecessary, because on August 9, 2010, Applicant filed a proper Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

Dated: September 2, 2010