IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01773-BNB

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 2 2010

GREGORY C. LANGHAM
CLERK

JASON SCOTT ERICKSON,

Applicant,

v.

EL PASO COUNTY SHERIFF'S DEPT., and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

Respondents.

ORDER OF DISMISSAL

I. Background

Applicant, Jason Scott Erickson, is in the custody of the United States Bureau of Prisons (BOP) and currently is incarcerated at the United States Penitentiary in White Deer, Pennsylvania. Mr. Erickson, acting *pro se*, filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Magistrate Judge Boyd N. Boland reviewed the Application and entered an order on August 27, 2010 directing Respondents to file a Preliminary Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). On September 17, 2010, Respondents filed a Preliminary Response. They filed a Notice of Dismissal of State Criminal Case on September 28, 2010. Mr. Erickson did not file a Reply to the Response.

In the Application, Mr. Erickson asserts that the State of Colorado has failed to dismiss a warrant that was entered against him in 1994 in Case No. 94CR252. In the Preliminary Response, Respondents assert that Mr. Erickson seeks to dismiss an active warrant issued in El Paso County in Case No. 94CR252 in which charges are pending and there is no judgment of conviction. Respondents further assert that on January 4, 1996 the case was administratively closed, and the warrant was returned to the court as cancelled on February 13, 2001. The warrant was reissued on February 18, 2009 by the prosecution. Respondents further assert the Fourth Judicial District Attorney's Office has indicated that consideration is being given to dismissing Case No. 94CR252.

Attached to the Notice of Dismissal that Respondent filed on September 28 is a copy of the state court record in Case No. 94CR252. (*See* Doc. No. 18 at Ex. B.) Entries on the record indicate that on September 16, 2010 the prosecution filed a "motion *nolle prosequi*" seeking dismissal because the state no longer will prosecute the case. The state court granted the motion to dismiss and cancelled the warrant on September 21, 2009.

In light of the dismissal of Case No. 94CR252 and Mr. Erickson's failure to reply and counter Respondents's assertions in the Preliminary Response and the Notice of Dismissal of State Criminal Case, the Application will be denied as moot. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice as moot. It is

FURTHER ORDERED that no certificate of appealability will issue because Mr. Erickson has not made a substantial showing that jurists of reason would find it

2

debatable whether the procedural ruling is correct and whether the underlying claim has constitutional merit.

DATED at Denver, Colorado, this  22nd  day of  October , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01773-BNB

Jason Scott Erickson
Reg No. 53862-083
US Penitentiary Allenwood
P.O. Box 3000
White Deer, PA 17887

John J. Fuerst III
Senior Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/22/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk